UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

HIRAM TORRES,

                        Plaintiff,

                     -against-                **AFFIDAVIT OF SERVICE**

Detective JAMES BARRY, Shield No. 03171;
Detective JOSUE I. PEREZ, Shield No. 7624;    14 CV 2876 (VSB)
and JOHN and JANE DOE 1 through 10,
individually and in their official capacities (the
names John and Jane Doe being fictitious, as the
true names are presently unknown),

                        Defendants.

------------------------------------------------------------x

        I, Ramsey Baines, being duly sworn deposes and says:

        1.        I am not a party to this action, I am over 18 years of age, and I reside in the State of New York.

        2.        On April 23, 2014, at approximately 2:46 p.m., I served the summons and complaint in this matter on Detective James Barry, Shield No. 3171, by delivering a copy of same to PAA Busby, a person of suitable age and discretion at defendant's actual place of business within the state, 1 Police Plaza, Room 1100, New York, New York.

        3.        Thereafter, I mailed a copy of the summons and complaint post paid by first class mail properly addressed to the defendant at the aforementioned address in an envelope marked personal and confidential and not indicating that the communication was from an attorney or

concerned an action against the defendant and deposited said envelope in a post office official depository under exclusive care of the United States Postal Service.

Dated: New York, New York
April 28th, 2014

Ramsey Baines

Sworn to me on 28 day of April 2014

_____
NOTARY PUBLIC



TATIANA STRICKLAND
NOTARY
NO. 01ST6276438
QUALIFIED IN
QUEENS COUNTY
COMM. EXP.
02/17/2017
PUBLIC
STATE OF NEW YORK