UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

Hiram Torres

                    Plaintiff,

   -against-

Barry, et al.

                    Defendant.
-------------------------------------------------------

Case No. 14 CV 2876 (VSB)

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Gabriel Paul Harvis**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: GH2772    My State Bar Number is 4476966

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Harvis Wright Saleem & Fett LLP
                      FIRM ADDRESS: 305 Broadway, 14th Floor, New York, NY 10007
                      FIRM TELEPHONE NUMBER: (212) 323-6880
                      FIRM FAX NUMBER: (212) 323-6881

NEW FIRM:    FIRM NAME: Harvis Wright & Fett LLP
                      FIRM ADDRESS: 305 Broadway, 14th Floor, New York, NY 10007
                      FIRM TELEPHONE NUMBER: (212) 323-6880
                      FIRM FAX NUMBER: (212) 323-6881

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 5/28/14

                                                       ATTORNEY'S SIGNATURE